JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CORSON, an individual,<br><br>Plaintiff,<br>v.<br><br>EAGLE HOME MORTGAGE LLC, a Florida limited liability company, and DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No. 18-cv-00228-MWF-FFM<br>Hon. Michael W. Fitzgerald<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(ii)**<br><br>Complaint Filed: January 10, 2018 |

By stipulation of the parties and good cause having been shown, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(II), the Court hereby dismisses this action in its entirety WITH PREJUDICE, with each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED**,

Date: September 28, 2018

_____
Michael W. Fitzgerald
United States District Judge

1